1         HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZION GRAE-EL, et al.,

        Plaintiffs,

v.

CITY OF SEATTLE, et al.,

        Defendants.

NO. 2:21-cv-01678-JLR

[PROPOSED] ORDER GRANTING JOINT MOTION FOR RELIEF FROM INITIAL SCHEDULING ORDER DEADLINES

THIS MATTER, having come on regularly before this Court, on the parties' Joint Motion for Relief from Initial Scheduling Order Deadlines, the plaintiffs appearing pro se, and remaining parties appearing by and through counsel, and the Court having reviewed the pleadings and files in this matter, specifically including the following:

    1.    Joint Motion for Relief from Initial Scheduling Order Deadlines;

having heard the argument of the parties and being otherwise fully advised in this matter,

//

[PROPOSED] ORDER GRANTING JOINT MOTION
FOR RELIEF FROM INITIAL SCHEDULING
ORDER DEADLINES (2:21-cv-01678-JLR) - 1

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties' joint motion

2 is GRANTED. The new deadlines are amended as follows:

3     Deadline for FRCP 26(f) Conference:    2/23/2022

4     Initial Disclosures Pursuant to FRCP 26(a)(1):    3/9/2022

5     Combined Joint Status Report and Discovery
Plan as Required by FRCP 26(f)
6     and Local Civil Rule 26(f):    3/16/2022

7     DONE IN CHAMBERS this 26th day of January, 2022.

8

9

10                       HONORABLE JAMES L. ROBART
                        U.S. District Court Judge
11

12 Presented by:

13 CHRISTIE LAW GROUP, PLLC

14 By    /s/ *John W. Barry*
        JOHN W. BARRY, WSBA #55661
15         2100 Westlake Ave. N., Ste. 206
        Seattle, WA 98109
16         T:    206-957-9669
        F:    206-352-7875
17         E:    john@christielawgroup.com
        Attorneys for City of Seattle, Ryoma Nichols and
18         Daina Boggs

19 / /

20 / /

21 / /

Approved as to form:

By     /s/ *Zion Grae- El*
        Zion Grae-El
        5640 S. Cedar St.
        Tacoma, WA 98409
        *Plaintiff, Pro Se*

By     _____
        Caprice Strange
        5640 S. Cedar St.
        Tacoma, WA 98409
        *Plaintiff, Pro Se*

By     /s/ *Donna Moniz*
        DONNA MONIZ, WSBA #12762
        925 Fourth Ave., Ste. 2300
        Seattle, WA 98104
        T: 206-223-4770
        F: 206-386-4770
        E: monizd@jgkmw.com
        *Attorneys for Seattle Children's Hospital and Brenda Aguilar*

By     /s/ *Andrew S. DeCarlow*
        Damon C. Elder, WSBA #46754
        Andrew S. DeCarlow, WSBA #54471
        1301 Second Avenue, Suite 2800
        Seattle, WA  98101
        *Attorneys for Defendants Seattle Public Schools and Natalie Long*

By     /s/ *Michelle S. Taft*
        Michelle S. Taft, WSBA #46943
        Johnson Graffe Keay Moniz & Wick
        925 Fourth Ave., Suite 2300
        Seattle, WA  98104
        *Attorney for Defendants Dr. Hannah Deming and Dr. Stanford Heath Ackley*

By     /s/ *Timothy E. Allen*
        Timothy E. Allen, WSBA #29415
        Assistant Attorney General
        Attorney General Office of Washington
        Torts Division
        800 Fifth Avenue, Suite 2000

Seattle, WA  98104
*Attorney for State of Washington; Department of Children, Youth and Families; Annaliese Ferreria; Greg McCormack; Christine Spencer; Rosalynda Carlton; Derrick Reinhardt; Schawna Jones; Rebecca Webster; Rachel Zakopyko; Corey Grace; Stephanie Allison-Noone; and Tabitha Pomeroy*