UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZION T. GRAE-EL, et al., | CASE NO. C21-1678JLR |
| Plaintiffs, | ORDER ON RESPONSE TO ORDER TO SHOW CAUSE |
| v. | |
| CITY OF SEATTLE, et al., | |
| Defendants. | |

Before the court is the response of Plaintiffs Zion T. Grae-El and Caprice Strange to the court's order to show cause. (Resp. (Dkt. # 42).) The court previously ordered Plaintiffs to show cause why Ms. Strange should not be dismissed from this action without prejudice for her failure to sign Plaintiffs' filings (1/19/22 OSC (Dkt. # 39) at 4) or, alternatively, to correct their deficient filings (*id.* at 3-4 (identifying Dkts. ## 16, 22, 26, 27, 31 as filings in need of Ms. Strange's signature).) Plaintiffs' response includes praecipes correcting the following filings: (1) motion for court appointed counsel (Dkt. # 12); (2) motion for remand and response to Defendants Seattle Children's Hospital,

ORDER - 1

1 Brenda Aguilar, Hannah Deming, and Stanford Ackley's motion to dismiss (Dkt. # 16);

2 (3) response to Defendants Natalie Long and Seattle Public Schools' (the "SPS

3 Defendants") motion to dismiss (Dkt. # 22); (4) stipulated motion to dismiss the minor

4 Plaintiffs and Defendants Olivecrest Foster Agency, Sienna Bedford, Scott Hadfield, and

5 Heather Hadfield (Dkt. # 37); and (4) complaint (Dkt. # 1-1).  (*See* Resp., Exs. 1-5.)

6 Plaintiffs have not filed praecipes to their motion for preservation of records (Dkt. # 27)

7 or their jury trial demand (Dkt. # 31).  Accordingly, those filings remain deficient as to

8 Ms. Strange.  Pursuant to the court's prior order, Plaintiffs must correct those filings or

9 provide good cause for their failure to do so by February 16, 2022.  (*See* 1/19/22 OSC at

10 3-4.)

11       Additionally, Plaintiffs and the SPS Defendants previously represented their

12 jointly held view that the stipulated dismissal of Mr. Grae-El's claims against the SPS

13 Defendants moots Plaintiffs' preservation motion (Dkt. # 27) and the SPS Defendants'

14 motion to dismiss (Dkt. # 15).  (*See* Stip. Mot. (Dkt. # 32).)  Because the stipulated

15 motion neglected to address Ms. Strange's claims against the SPS Defendants or her

16 interests in the preservation motion, the court declined to address whether those motions

17 had become moot.  (*See* 1/19/22 OSC at 2.)  Now that Ms. Strange has affirmed her

18 intention to remain in this litigation (*see* Resp.), the parties are ORDERED to submit a

19 joint status report within seven (7) days of the date of the filing of this order indicating

20 whether the issues presented in the SPS Defendants' motion to dismiss (Dkt. # 15) or the

21 Plaintiffs' preservation motion (Dkt. # 27) remain in dispute.

22 //

1  The Clerk is further DIRECTED to renote the following motions to February 18, 2022: (i) Defendants Seattle Children's Hospital, Brenda Aguilar, Hannah Deming, and Stanford Ackley's motion to dismiss (Dkt. # 10); (ii) SPS Defendants' motion to dismiss (Dkt. # 15); (iii) Plaintiffs' motion to remand (Dkt. # 16 (sealed)); and (iv) Plaintiffs' motion to preserve records (Dkt. # 27).  Responses and replies, if any, shall be filed in accordance with deadlines set forth in the Local Rules.

Dated this 3rd day of February, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 3