1

The Honorable James L. Robart

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8

ZION GRAE-EL, et al.,

9                        Plaintiffs,                    NO.  2:21-cv-01678-JLR

10                                                      ORDER GRANTING JOINT MOTION TO
    v.                                                  STAY DISCOVERY

11

CITY OF SEATTLE, et al.,

12                        Defendants.

13

14          THIS MATTER having come on regularly before this Court on the Joint Motion to Stay

15  Discovery, defendants appearing by and through their counsel, plaintiffs appearing *pro se*, and the

16  Court having reviewed the pleadings and files in this matter, specifically including the following:

17          1.      Joint Motion to Stay Discovery Until Defendants Motions to Dismiss Have Been

18                  Resolved;

19          2.      _____;

20          3.      _____; and

21          4.      _____.

22          Having heard the argument of counsel; and being otherwise fully advised in this matter;

ORDER GRANTING JOINT MOTION TO STAY
DISCOVERY - 1
Case No. 2:21-cv-01678-JLR

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion to Stay

2  Discovery is GRANTED.  Discovery in this matter is stayed until the Court rules on all parties'

3  pending Motions to Dismiss.

4

5    DONE IN CHAMBERS this 18th day of February, 2022.

6

7    _____

8    HONORABLE JAMES L. ROBART
     United States District Judge

9

10 Presented by:

11 CHRISTIE LAW GROUP, PLLC

12 By */s/ John W. Barry* _____
       ROBERT L. CHRISTIE, WSBA #10985
13     JOHN W. BARRY, WSBA #55661
       Attorneys for Defendants City of Seattle,
14         Ryoma Nichols, and Diana Boggs
       2100 Westlake Avenue North, Suite 206
15     Seattle, WA  98109
       Telephone: (206) 957-9669
16     Email: bob@christielawgroup.com
       Email: john@christielawgroup.com
17

18

19

20

21

22

ORDER GRANTING JOINT MOTION TO STAY
DISCOVERY - 2
Case No. 2:21-cv-01678-JLR

1

## CERTIFICATE OF SERVICE

2        I hereby certify that that on this 18th day of February 2022, I caused a true and correct copy

3 of the foregoing document to be filed with the Clerk of Court using the Court's ECF system, which

4 will give notice to all participating counsel of record below; and I further certify that I have served

5 all non-participating counsel via the manner indicated below:

6
Zion Grae-El
5640 S. Cedar St.
7
Tacoma, WA 98409
*Plaintiff, Pro Se*

8
Caprice Strange
9
5640 S. Cedar St.
Tacoma, WA 98409
10
*Plaintiff, Pro Se*
*Via U.S. Mail, Postage Prepaid*

11
Donna M. Moniz
12
Kate Craddock
Seattle Children's Hospital
13
925 Fourth Avenue, Suite 2300
Seattle, WA 98104
14
*Attorneys for Defendant Seattle Children's Hospital and Brenda Aguilar*

15
Damon C. Elder
Andrew DeCarlow
16
1301 Second Avenue, Suite 2800
Seattle, WA 98101
17
Attorney for Seattle Public Schools
*Attorneys for Defendants Seattle Public Schools and Nathalie Long*

18
Michelle S. Taft
19
Johnson Graffe Keay
Moniz & Wick, LLP
20
925 Fourth Ave., Suite 2300
Seattle, WA 98104
21
*Attorney for Defendants Dr. Hannah Deming and Dr. Stanford Heath Ackley*

22

ORDER GRANTING JOINT MOTION TO STAY
DISCOVERY - 3
Case No. 2:21-cv-01678-JLR

1

Timothy E. Allen
Assistant Attorney General

2

Attorney General Office of Washington
Torts Division

3

800 Fifth Avenue, Suite 2000
Seattle, WA 98104

4

*Attorney for State of Washington; Department of Children, Youth and Families; Annaliese*

5

*Ferreria; Greg McCormack; Christine Spencer; Rosalynda Carlton; Derrick Reinhardt;*
*Schawna Jones; Rebecca Webster; Rachel Zakopyko; Corey Grace; Stephanie Allison-Noone;*
*and Tabitha Pomeroy*

6

CHRISTIE LAW GROUP, PLLC

7

By      */s/ John W. Barry*

8

JOHN W. BARRY, WSBA #55661
Attorneys for City of Seattle, Ryoma Nichols and

9

Daina Boggs
2100 Westlake Ave. N., Ste. 206

10

Seattle, WA 98109
Telephone: (206) 957-9669

11

Email: john@christielawgroup.com

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING JOINT MOTION TO STAY
DISCOVERY - 4
Case No. 2:21-cv-01678-JLR