UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZION T. GRAE-EL, et al.,<br><br>              Plaintiffs,<br>     v.<br>CITY OF SEATTLE, et al.,<br><br>              Defendants. | CASE NO. C21-1678JLR<br><br>ORDER |

Before the court is Plaintiffs Zion T. Grae-El and Caprice Strange's motion to amend their complaint and to continue all other pending matters for fifteen days. (Mot. to Am. (Dkt. # 59).) The local rules require, among other things, that "[a] party who moves for leave to amend a pleading . . . attach a copy of the proposed amended pleading as an exhibit to the motion or stipulated motion." *See* Local Rules W.D. Wash. LCR 15. Plaintiffs failed to attach a proposed amended complaint as an exhibit to their motion. (*See generally* Dkt.). Accordingly, the court STRIKES Plaintiffs' motion for failure to comply with the local rules.

MINUTE ORDER - 1

Plaintiffs will not be prejudiced by this order, however.  Indeed, it is to Plaintiffs' benefit that they wait to amend their complaint until such time as the court has ruled on the three dispositive motions that are pending before it.  At that point, Plaintiffs will have a more comprehensive idea of which claims require amendment, as well as some guidance about the nature of the amendment required.[1]  The court will also make clear in its forthcoming orders the deadline for Plaintiffs to seek leave to amend their complaint.

Accordingly, for the reasons given above, as well as to ensure this litigation proceeds in an orderly manner, the court STRIKES Plaintiffs' motion for leave to amend their complaint and for a continuance (Dkt. # 59).

Dated this 8th day of March, 2022.

JAMES L. ROBART
United States District Judge

---

[1] Pending before the court are dispositive motions filed by:  Defendants Seattle Public Schools and Natalie Long (SPS Mot. (Dkt. # 15)); and Defendants the City of Seattle, Daina Boggs, and Ryoma Nichols (City Defs. Mot. (Dkt. # 51)).  Additionally, the court previously disposed of many of the issues raised in the motion to dismiss filed by Defendants Seattle Children's Hospital, Brenda Aguilar, Hannah Deming, and Stanford Ackley (Children's Mot. (Dkt. # 10)), but requested additional briefing from the parties on one issue.  (*See* 3/1/22 Order (Dkt. # 57) at 20.)