|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ZION T. GRAE-EL, et al., | | CASE NO. C21-1678JLR |
| Plaintiffs, | | ORDER DIRECTING PLAINTIFFS TO RESPOND TO MOTION FOR RECONSIDERATION |
| v. | | |
| CITY OF SEATTLE, et al., | | |
| Defendants. | | |

Before the court is Defendant Seattle Children's Hospital's ("Children's") motion for reconsideration of the court's March 1, 2022 order on Children's motion to dismiss. (Mot. (Dkt. # 65); *see also* 3/1/22 Order (Dkt. # 57).)  Pursuant to Local Civil Rule 7(h)(3), the court DIRECTS Plaintiffs Zion T. Grae-El and Caprice Strange to respond to Children's motion for reconsideration no later than Monday, March 28, 2022.  *See* Local Rules W.D. Wash. LCR 7(h)(3).  Plaintiffs' responsive memoranda shall be no longer than seven (7) pages in length and shall be limited to the issues discussed in Children's motion for reconsideration regarding whether RCW 26.44.060's immunity extends to

ORDER - 1

1  Children's and prevents it from incurring liability as an employer under a *respondeat*
2  *superior* theory of liability.  Children's reply, if any, shall be filed by no later than Friday,
3  April 1, 2022, and shall be no longer than four (4) pages in length.  The court DIRECTS
4  the Clerk to renote Children's motion for reconsideration (Dkt. # 65) for April 1, 2022.
5      Dated this 18th day of March, 2022.

                                                 JAMES L. ROBART
                                                 United States District Judge