The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZION GRAE-EL, CAPRICE STRANGE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, a municipal entity and political subdivision of the state of Washington; the SEATTLE POLICE DEPARTMENT, Ryoma Nichols, Daina Boggs; SEATTLE CHILDREN'S HOSPITAL, a non-profit Washington Corporation, Dr. Hannah Deming, Dr. Stanford Ackley, and Brenda Aguilar; STATE OF WASHINGTON, DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES, Annaliese Ferreria, Greg McCormack, Christine Spencer, Rosalynda Carlton, Derrick Reinhardt, Schawna Jones, Rebecca Webster, Rachel Zakopyko, Corey Grace, Stephanie Allison-noone, and Tabitha Pomeroy; OLIVE CREST, Sienna Bedford, Heather Hadfield, and Scott Hadfield; Seattle Public Schools, and Natalie Long, <br><br> Defendants. | NO. 2:21-cv-01678-JLR <br><br> ~~PROPOSED~~  JLR <br> ORDER GRANTING STATE DEFENDANTS' MOTION TO CONTINUE DEADLINES ON ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT (DKT. 89) <br><br> **NOTED ON CALENDAR:** <br> Friday, September 9, 2022 |

~~PROPOSED~~
ORDER GRANTING STATE
DEFENDANTS' MOTION TO CONTINUE
DEADLINES ON ORDER REGARDING
INITIAL DISCLOSURES, JOINT STATUS
REPORT AND EARLY SETTLEMENT
(DKT. 89)
NO. 2:21-cv-01678-JLR

1

THIS MATTER, having come on regularly before this Court on the Defendant States' Motion to Continue deadlines in Order Regarding Initial Disclosures; Joint Status Report; and Early Settlement (Dkt. # 89), Defendants appearing by and through counsel, Plaintiffs appearing *pro se*, and the Court having reviewed the pleadings and files in this matter, specifically including the following:

1. State Defendants' Motion to Continue Deadlines on Order Regarding Initial Disclosures; Joint Status Report; and Early Settlement (Dkt. # 90); and

2. Declaration of Timothy E. Allen in Support of State Defendants' Motion to Continue Deadlines on Order Regarding Initial Disclosures; Joint Status Report; and Early Settlement (Dkt. # 91);

and being otherwise fully advised in this matter;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the State Defendants' Motion to Continue Deadline is GRANTED. An *Amended* Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement shall be issued after the court rules on State Defendants' Motion for Summary Judgment (Dkt. # 92).

DONE IN ~~OPEN COURT~~/CHAMBERS this ___12th___ day of September, 2022.

_____
HONORABLE JAMES L. ROBART

~~PROPOSED~~ ORDER GRANTING STATE DEFENDANTS' MOTION TO CONTINUE DEADLINES ON ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT (DKT. 89)
NO. 2:21-cv-01678-JLR

2