UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZION T. GRAE-EL, et al.,

                    Plaintiffs,

        v.

CITY OF SEATTLE, et al.,

                    Defendants.

CASE NO. C21-1678JLR

MINUTE ORDER

        The following minute order is made by the direction of the court, the Honorable

James L. Robart:

        Before the court is *pro se* Plaintiffs Zion T. Grae-El and Caprice Strange's

(collectively, "Plaintiffs") response to the State Defendants'[1] motion for summary

judgment and the State Defendants' reply in support of their motion.  (Resp. (Dkt. # 94);

---

[1] The State Defendants are the Washington State Department of Children Youth and
Families, Annaliese Ferreria, Greg McCormack, Christine Spencer, Rosalynda Carlton, Derick
Reinhardt, Schawna Jones, Rebecca Webster, Rachel Zakpyko, Corey Grace, Stephanie Allison-
Noone, and Tabitha Pomeroy.  (*See* MSJ (Dkt. # 92).)

1   Reply (Dkt. # 95).)  Although Plaintiffs' response to the motion for summary judgment

2   was due on Monday, September 26, 2022 (*see* Local Rules W.D. Wash. LCR 7(d)(3)),

3   they did not file their response until Thursday, September 29 (*see* Dkt.).  The State

4   Defendants ask the court to either strike Plaintiffs' late-filed response or allow them

5   additional time to file their reply.  (Reply at 2.)

6          The court declines to strike Plaintiffs' response.  Instead, the court GRANTS the

7   State Defendants' request for an extension of the deadline to file their reply; ORDERS

8   the State Defendants to file their reply in support of their motion for summary judgment

9   by Tuesday, October 11, 2022; and DIRECTS the Clerk to renote the State Defendants'

10  motion for summary judgment (Dkt. # 92) on October 11, 2022.

11         Finally, the court notes that in addition to being late, Plaintiffs' response brief does

12  not conform to the court's local rules regarding the formatting of motions.  *See* Local

13  Rules W.D. Wash. LCR 10(e) (setting forth requirements for margins, fonts, and line

14  spacing).  The court reminds Plaintiffs that the local rules are not optional and that they

15  are responsible for complying with them.  (*See* 1/10/22 Order (Dkt. # 23) (informing

16  Plaintiffs that they must comply with the court's rules and directing them to resources

17  available to assist pro se litigants).)  Further failure to comply with the rules may result in

18  the court striking Plaintiffs' filing and/or otherwise imposing sanctions.

19         //

20         //

21         //

22         //

1    Filed and entered this 30th day of September, 2022.

2                                RAVI SUBRAMANIAN
                                 Clerk of Court
3

4                                s/ Ashleigh Drecktrah
                                 Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 3