1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ZION T GRAE-EL, et al., | CASE NO. C21-1678JLR |
|---|---|
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| CITY OF SEATTLE, et al., | |
| Defendants. | |

On March 10, 2022, the court dismissed Plaintiff Caprice Strange's claims against Defendants Seattle Public Schools and Natalie Long (collectively, the "SPS Defendants") without prejudice and with leave to amend her complaint. (*See* 3/10/22 Order (Dkt. # 62).) On May 22, 2022, Ms. Strange filed an amended complaint, which asserts claims against the SPS Defendants. (*See* Am. Compl. (Dkt. # 77) at 5, 7, 36-37, 86, 94.) The SPS Defendants have not answered the amended complaint. (*See* Dkt.)

The deadline for SPS Defendants to answer Ms. Strange's amended complaint passed more than six months ago. *See* Fed. R. Civ. P. 15(a)(1)(3) (requiring, in relevant

ORDER - 1

part, a response to an amended pleading within 14 days). Ms. Strange, however, has not moved for entry of default against the SPS Defendants for failure to plead or otherwise defend. (*See* Dkt.); *see also* Fed. R. Civ. P. 55(a); Local Rules W.D. Wash. LCR 55(a).

The court ORDERS Ms. Strange to SHOW CAUSE why her claims against the SPS Defendants should not be dismissed for failure to prosecute no later than January 3, 2023. *See* Fed. R. Civ. P. 41(b). Alternatively, Ms. Strange may, by January 3, 2023, file a motion for entry of default against the SPS Defendants pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55(a). *See* Fed. R. Civ. P. 55(a); Local Rules W.D. Wash. LCR 55(a). The court warns Ms. Strange that failure to timely respond to this order to show cause may result in the dismissal of this action with prejudice. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642-43 (9th Cir. 2002) (discussing factors that the court considers in determining whether to dismiss for failure to prosecute or comply with a court order). The court reminds Ms. Strange to comply with the local rules when filing her response to this order. *See* Local Rules W.D. Wash. LCR 55(a), 7(d)(3), 7(e).

Dated this 16th day of December, 2022.

JAMES L. ROBART
United States District Judge