UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZION T. GRAE-EL, et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>CITY OF SEATTLE, et al.,<br><br>                Defendants. | CASE NO. C21-1678JLR<br><br>ORDER |

On December 16, 2022, the court ordered Plaintiff Caprice Strange to show cause why her claims against Defendants Seattle Public Schools and Natalie Long (collectively, the "SPS Defendants") should not be dismissed for failure to prosecute. (12/16/22 OSC (Dkt. # 103).) The court warned Ms. Strange that failure to respond to the order to show cause could result in the dismissal of her claims with prejudice. (*Id.*) Ms. Strange did not respond to the order by the January 3, 2023 deadline. (*See id.*; *see also* Dkt.) The SPS Defendants, however, filed a response in which they explained that Ms. Strange had confirmed on May 27, 2022 that she was not pursuing any claims against the SPS

ORDER - 1

1  Defendants.  (*See* OSC Resp. (Dkt. # 104); DeCarlow Decl. (Dkt. # 105) ¶ 2, Ex. A at 2-3

2  (email thread between Ms. Strange and counsel for the SPS Defendants).)  In light of Ms.

3  Strange's failure to respond to the order to show cause, the court concludes that Ms.

4  Strange does not intend to further pursue any claims against the SPS Defendants.

5  Accordingly, the court DISMISSES Ms. Strange's claims against the SPS Defendants

6  with prejudice for failure to prosecute.

7       Having so ordered, the court has now dismissed all of Ms. Strange and Plaintiff

8  Zion T. Grae-El's (collectively, "Plaintiffs") claims against all Defendants in this case.

9  (*See* 4/19/22 Order (Dkt. # 73) (dismissing with prejudice Plaintiffs' municipal liability

10  and RCW 9A.84.040 claims against Defendant Seattle Police Department); 8/23/22 Order

11  (Dkt. # 88) (entering summary judgment in favor of Defendants the City of Seattle,

12  Seattle Police Department, Officer Ryoma Nichols, and Sergeant Daina Boggs on

13  Plaintiffs' remaining claims against them); 7/26/22 Order (Dkt. # 85) (dismissing with

14  prejudice all of Plaintiffs' claims against Defendants Seattle Children's Hospital,

15  Stanford Ackley, Brenda Aguilar, and Hannah Deming); 11/8/22 Order (Dkt. # 99)

16  (entering summary judgment in favor of Defendants Stephanie Allison-Noone, Rosalynda

17  Carlton, Annaliese Ferreria, Corey Grace, Schawna Jones, Greg McCormack, Tabitha

18  Pomeroy, Derrick Reinhardt, Christine Spencer, State of Washington Department of

19  Children Youth and Families, Rebecca Webster, and Rachel Zakopyko (collectively, the

20  "State Defendants") with respect to Plaintiffs' Fourteenth Amendment, Fifth

21  Amendment, and state law negligence claims); 12/05/22 Order (Dkt. # 101) (entering

22  summary judgment in favor of the State Defendants with respect to Plaintiffs' remaining

First and Fourth Amendment claims).)  The court will enter final judgment consistent with this order.[1]

Dated this 6th day of January, 2023.

JAMES L. ROBART
United States District Judge

---

[1] In light of the foregoing, the court DENIES Defendants' joint motion for final judgment (Dkt. # 106) as moot.

ORDER - 3