# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZION T. GRAE-EL, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>                    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C21-1678JLR |

    __    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **X**    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

        All of Plaintiffs Zion T. Grae-El and Caprice Strange's claims against all Defendants are DISMISSED with prejudice. (*See* 1/6/23 Order (Dkt. # 107).)

Filed this 6th day of January, 2023.

                                    RAVI SUBRAMANIAN
                                    Clerk of Court

                                    s/ Ashleigh Drecktrah
                                  Deputy Clerk